UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Angelo McKinley Cooper            Docket No. 5:11-CR-55-1BO

**Petition for Action on Supervised Release**

COMES NOW Dwayne K. Benfield, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Angelo McKinley Cooper, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 21, 2011, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Angelo McKinley Cooper was released from custody on December 13, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 10, 2015, the defendant signed an admission of drug use form acknowledging that he used marijuana on March 3, 2015. In response to this violation conduct, we are recommending that the defendant obtain a substance abuse assessment and participate in substance abuse counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

           I declare under penalty of perjury that the foregoing is true and correct.

           /s/ Dwayne K. Benfield
           Dwayne K. Benfield
           Supervising U.S. Probation Officer
           201 South Evans Street, Suite 214
           Greenville, NC 27835
           Phone: 252-830-2336
           Executed On: April 6, 2015

Angelo McKinley Cooper
Docket No. 5:11-CR-55-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __April__, 2015 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge